DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARTURO VALENZUELA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2160

[November 10, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502015CF005057AXXMB.

Arturo Valenzuela, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***